1  DONOVAN J. DUNNION
   Attorney At Law
2  State Bar No. 70713
   600 West Broadway, Suite 1550
3  San Diego, California 92101

4  (619)231-8688

5

6  Attorney for **Defendant RAUL PADILLA-MENDOZA**

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**

9  UNITED STATES OF AMERICA,        ) Case No. 10-CR-00693-GT
                                    )
10             Plaintiff,            )
                                    )
11  v.                              )
                                    ) SUBSTITUTION OF ATTORNEY
12  **RAUL PADILLA-MENDOZA,**        )
               Defendant             )
13                                   )

14  PLEASE TAKE NOTICE THAT defendant RAUL PADILLA-MENDOZA

15 Hereby substitutes Donovan J. Dunnion Esq. as his new counsel of record in place

16 and in stead of William J. Baker Esq.

17 Dated: 3/23/10

18                           RAUL PADILLA-MENDOZA

19 I CONSENT TO THE ABOVE SUBSTITUTION:
   Dated: 3-23-10
20
                             WILLIAM BAKER ESQ.
21 SUBSTITUTION ACCEPTED:

22
   Dated: 3/23/10
23
                             DONOVAN DUNNION, ESQ.
24
25 IT IS SO ORDERED:
   Dated: 3-25-10
26
27                           HON Gordon Thompson, JR.

28                           ~~Magistrate~~ Judge of the U.S. District Court
                             District

FILED
MAR 25 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading:

SUBSTITUTION OF ATTORNEY is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE: 10-CR-00693-GT**

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Helen H. Hong, AUSA          Helen.Hong@usdoj.gov

Date: 3/24/2010          respectfully submitted,

*JChavez*
Jennifer Chavez
Legal Assistant for Attorney
DONOVAN J. DUNNION, Esq.